IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40287
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEVIN ROACH,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:94-CR-95-1
- - - - - - - - - -
June 27, 1996
Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellant Kevin Roach contends that he is entitled to reversal of his conviction of using or carrying a firearm in relation to a drug trafficking offense, 18 U.S.C. § 924(c)(1), on grounds that the Government failed to establish a factual basis for his guilty plea. This lacks merit because the district court's finding of a factual basis relative to his carrying the firearm is not erroneous. See United States v. Fike, ___ F.3d ___ (5th Cir. May 7, 1996, No. 93-1797), slip op. 3527.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

JUDGMENT AFFIRMED.